IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES LEE PRITCHETT,
    Petitioner,

vs.                                                     Case No.  3:10cv422/RV/CJK

UNITED STATES OF AMERICA,
    Respondent.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 25, 2012. (Doc. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      The amended petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (doc. 4) is DENIED and the clerk is directed to close the file.

DONE AND ORDERED this 3rd day of July, 2012.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

*Case No: 3:10cv422/RV/CJK*